

File No. 716598

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| REBECCA DAVIS, Administrator ad Prosequendum and Administrator of the Estate of JOHN C. TARANGELO, deceased, and REBECCA DAVIS, individually, | : <br> : <br> : <br> : CIVIL ACTION NO.: 2:08-cv-4533 <br> : |
| Plaintiff | : |
| vs. | : |
| QUALITY CARRIERS, INC., ANDRE SLEZAK, JOHN DOES (fictitious designation) and ABC CORPORATIONS (fictitious designation) | : <br> : <br> : |
| Defendants/Third-Party Plaintiffs | : |
| vs. | : |
| DANA CORPORATION, MACK TRUCKS, INC. and HENRI-BOURASSA, INC. | : <br> : |
| Third-Party Defendants | : |

**STIPULATION AND SIGNATURES
ON FOLLOWING PAGE**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIRD PARTY ACTION

It is hereby stipulated and agreed that the above-entitled third-party action brought by Quality Carriers, Inc. and Andre Slezak, having been amicably adjusted by and between Quality Carriers, Inc., Andre Slezak and Mack Trucks, Inc. and Dana Companies, LLC, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

RAWLE & HENDERSON, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Third Party
Plaintiffs Quality Carriers, Inc.
And Andre Slezak

WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP

By: _____
Colin P. Hackett, Esquire
Attorneys for Third Party Defendant
Dana Companies, LLC

LAW OFFICES OF WILLIAM J. SALMOND

By: _____
William J. Salmond, Esquire
Attorneys for Third-Party Defendant
Mack Trucks, Inc.

SO ORDERED: _____